UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THOMAS HARRIS,

          Plaintiff,

 - against -

PATHMARK STORES, INC.,

          Defendant.
-------------------------------------------------------------------x

**ORDER ADOPTING REPORT AND RECOMMENDATION**
14-CV-6272 (RRM) (AYS)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

    In a *sua sponte* report and recommendation dated March 12, 2020, (the "R&R"), Magistrate Judge Anne Y. Shields recommended that this case be dismissed for plaintiff's failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  (Doc. No. 41.)  Magistrate Judge Shields electronically served the R&R on the parties, who are both represented by counsel, and advised them that they had 14 days from the date of service of the R&R in which to file objections.  (*Id.*)  To date, neither party has filed objections to the R&R.

    Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety.  *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).  Accordingly, it is

    ORDERED that the R&R is adopted in its entirety and the Clerk of Court is respectfully directed to enter judgment in favor of defendant and to close this case.

                                                   SO ORDERED.

Dated: Brooklyn, New York
       May 27, 2020

                                      *Roslynn R. Mauskopf*
                                      _____
                                      ROSLYNN R. MAUSKOPF
                                      Chief United States District Judge